UNITED STATES BANKRUPTCY COURT
Middle District of Florida
Orlando Division

IN RE:

Daniel Scott Matthews

Debtor

Case No:   6:16-bk-02946-KSJ

Chapter 13

TRUSTEE'S MOTION TO DISMISS CASE FOR DEBTOR'S FAILURE TO COMPLY WITH 11 U.S.C. §1308 AND §521

### Notice of Opportunity to Object and for Hearing

PURSUANT to Local Rule 2002-4, the Court will consider this motion, objection or other matter without further notice or hearing unless a party in interest files a response or objection within 21 days of the service of this paper. If you object to the relief requested in this paper, you must file your response with the Clerk of the Court at the United States Bankruptcy Court, George C. Young Courthouse, 400 W. Washington St., Suite 5100, Orlando, FL 32801, and server a copy on:

**Debtor** - Daniel Scott Matthews, 190 Grandview Avenue, Umatilla, FL  32784
**Trustee** - Laurie K. Weatherford, PO Box 3450, Winter Park, FL 32790
**Debtor's Attorney** - J Randall Frier, Law Offfice Of J Randall Frier, 32322 County Rd 437, Ste C, Leesburg, FL  34788

If you file and serve a response or objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file and objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in this paper, will proceed to consider the pleading without further notice and hearing, and may grant the relief requested.

COMES NOW, Laurie K. Weatherford, the Chapter 13 Trustee, and files this Motion under 11 U.S.C. §1307(e) and §521 (e)(B) and states:

1. That pursuant to 11 U.S.C. §1308(a), the debtor is required to:

"No later than the day before the date on which the meeting of creditors is first scheduled …, if the debtor was required to file a tax return under non-bankruptcy law, the debtor shall file with the appropriate tax authorities all tax returns for all taxable periods ending during the 4 year

period ending on the date of filing the petition."

2. That pursuant to 11 U.S.C. § 521(e)(2)(A), the debtor shall provide:

"Not later than seven days before the date first set for the first meeting of creditors, to the trustee a copy of the Federal income tax return required under applicable law for the most recent tax year ending immediately before the commencement of the case and for which a Federal income tax return was filed.

3. That based upon information and belief, the debtor has not complied with 11 U.S.C. §1308(a) and §521(e)(2)(A) and as such this matter cannot be confirmed pursuant to 11 U.S.C. §1325(a)(9) and must be converted or dismissed.

4. That the debtor's failure to comply with 11 U.S.C. §1308(a) and §521(e)(2)(A) are grounds for dismissal or conversion of the case pursuant to 11 U.S.C. §1307(e) and §521(e)(B).

WHEREFORE, your Trustee moves this Court to dismiss this case.

### Certificate of Service

I HEREBY CERTIFY, that a true and correct copy of the foregoing has been furnished by the United States mail or by electronic transmission to the parties listed below on the 28th day of June, 2016.

**Debtor** - Daniel Scott Matthews, 190 Grandview Avenue, Umatilla, FL  32784
**Debtor's Attorney** - J Randall Frier, Law Offfice Of J Randall Frier, 32322 County Rd 437, Ste C, Leesburg, FL  34788

/S/ LAURIE K. WEATHERFORD

Chapter 13 Trustee
Stuart Ferderer
FL Bar No. 0746967
Wayne Spivak
FL Bar No. 38191
Attorneys for Trustee
PO Box 3450
Winter Park, FL  32790
Telephone: 407-648-8841
Facsimile: 407-648-2665
E-mail: info@c13orl.com