**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In Re:   MATTHEWS, DANIEL SCOTT,                    Case No.  6:16-BK-02946
                                                                            Chapter 13

**Debtor.**
_____/

**RESPONSE/OBJECTION TO TRUSTEE'S MOTION TO DISMISS (DOC. 11)**

The undersigned, J. Randall Frier, as counsel of record for the above-captioned Debtor, files this Response/Objection to the Trustee's Motion to Dismiss Case (Doc. 11) and states:

1. On or about July 11, 2016, Debtor served copies of his tax returns for the years 2012 through 2015 via email.

Dated this 16th day of July, 2016.

 /s/   J. Randall Frier
**J. Randall Frier, Esquire**
**Florida Bar No. 0754978**
**32322 County Road 473, Suite C**
**Leesburg, FL 34788**
**352-609-2155 Telephone**
**352-609-2152 Facsimile**
**Attorney For Debtor**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the forgoing was served on the Chapter 13 Trustee, Laurie K. Weatherford, P.O. Box 3450, Winter Park, FL 32790 and on the Debtor, Daniel Scott Matthews, 190 Grandview Avenue, Umatilla, FL 32784 via regular U.S. mail or electronic transmission this 16th day of July, 2016.

 /s/ J. Randall Frier
J. Randall Frier
Attorney for Debtor